# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

LORAIN OBOMANU, as Personal
Representative of the Estate of
Sabrie L. Alexander, Deceased

      Plaintiff,              Case No. 17-cv-11435
                                  Hon. Matthew F. Leitman

v.

MILLICENT WARREN, *et al.*,

      Defendants.
_____/

## ORDER ON STATUS CONFERENCE

On January 9, 2020, the Court held a telephonic status conference with counsel for all parties. For the reasons discussed during that conference, **IT IS HEREBY ORDERED** that:

- The deadline to file dispositive motions in this action is extended until **January 30, 2020**;

- By not later than **January 23, 2020**, counsel for Plaintiff shall (1) carefully review whether there is a basis for proceeding against each Defendant and (2) confer with defense counsel about whether to dismiss Plaintiff's claims against any particular Defendant. If there is an agreement to dismiss any Defendant, counsel shall submit a stipulation and proposed order dismissing those Defendants by no later than **January 28, 2020**.

1

- No response need be filed to Defendant Mohammad Irfan's motion for sanctions (ECF No. 181) until further order of the Court.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 9, 2020

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 9, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764
