## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

LORAIN OBOMANU, as Personal
Representative of the Estate of
Sabrie L. Alexander, Deceased

        Plaintiff,                Case No. 17-cv-11435
                                                  Hon. Matthew F. Leitman
v.

MILLICENT WARREN, *et al.*,

        Defendants.
_____/

## ORDER ON STATUS CONFERENCE

On February 26, 2020, the Court held a telephonic status conference with counsel for all parties. For the reasons discussed during that conference, **IT IS HEREBY ORDERED** that:

- The MDOC Defendants shall conduct a thorough search for physician shift schedules, patient assignment schedules, and time sheets applicable to the medical and mental health providers remaining as Defendants in this action, including but not limited to Dr. Irfan, for the time period of September 10, 2104 – November 17, 2014. (*See* Pla. Mot., ECF No. 196, PageID.4116, identifying requested documents). The search shall be completed by no later than **March 5, 2020**. By that date, counsel for the MDOC Defendants shall inform the other parties and the Court, in writing, if the documents in question exist. If the requested documents do exist, the MDOC shall promptly produce them.

1

- Plaintiff Lorain Obomanu shall have until **March 19, 2020**, to give additional consideration to whether to dismiss any remaining Defendants from this action. As the Court explained during the February 26, 2020, status conference, the Court expects Obomanu to conduct a very careful review in order to determine whether she has a good faith basis to proceed against each Defendant that remains and to dismiss those Defendants for whom a good faith basis to proceed is lacking.
- The MDOC Defendants' request to submit a 70-page brief in support of their motion for summary judgment is **GRANTED**. The MDOC Defendants shall file their motion for summary judgment by no later than **March 26, 2020**.
- By not later than **May 1, 2020**, Obomanu shall file a single consolidated response to the summary judgment motions by the MDOC Defendants (to be filed by the deadline above), the Corizon Defendants (*see* ECF No. 194), and Dr. Irfan (*see* ECF No. 180). Obomanu shall contact the Court no later than two weeks before her consolidated response is due to request an extension of the page limitation set in the Court's local rules.
- Dr. Irfan shall file a response to Obomanu's motion to dismiss without prejudice (ECF No. 196) by no later than **May 1, 2020**.
- All reply briefs in support of all of the above-identified motions shall be filed by no later than **May 22, 2020**.

**IT IS SO ORDERED**.

Dated: February 27, 2020

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 27, 2020, by electronic means and/or ordinary mail.

                                         s/Holly A. Monda
                                         Case Manager
                                         (810) 341-9764