UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LORAIN OBOMANU, Personal Representative of the Estate of SABRIE ALEXANDER, Deceased, | Case No. 17-cv-11435 |
| Plaintiff, | HON. MATTHEW F. LEITMAN |
| v | MAG. ELIZABETH A. STAFFORD |
| MILLICENT WARREN, et al. | (Consolidated with Case No. 17-13749) |
| Defendants. | |

---

| | |
|---|---|
| Geoffrey N. Fieger (P30441) | James T. Farrell (P35400) |
| Todd Weglarz (P48035) | John L. Thurber (P44989) |
| Danielle L. Dezbor (P79488) | Assistant Attorneys General |
| Attorneys for Plaintiff | Michigan Dept. of Attorney General |
| 19390 W. 10 Mile Rd. | Attorneys for MDOC Defendants |
| Southfield, MI 48075 | MDOC Division |
| (248) 355-5555 | P.O. Box 30217 |
| g.puzzuoli@fiegerlaw.com | Lansing, MI 48909 |
| | (517) 335-3055 |
| Ronald W. Chapman, Sr. (P37603) | farrellj@michigan.gov |
| Jonathan Lanesky (P59740) | thurberj@michigan.gov |
| Attorneys for Corizon Defendants | |
| 1441 West Long Lake Road, Ste. 310 | Dennis M. Goebel (P23509) |
| Troy, MI 48098 | Christopher D. Messing (P78900) |
| (248) 644-6326 | Katherine E. Ross (P81172) |
| rchapman@chapmanlawgroup.com | Attorneys for Defendant Miles |
| | 1050 Wilshire Dr., Ste. 320 |
| Dale A. Robinson (P55522) | Troy, MI 48084 |
| Attorney for Defendants Irfan | (248) 649-7800 |
| 300 River Place Drive, Suite 1400 | dgoebel@harveykruse.com |
| Detroit, MI 48207-5095 | |
| (313) 965-6100 | |
| drobinson@rmrtt.com | |

---

# ORDER ENLARGING TIME FOR FILING
# DEFENDANTS' SUPPLEMENTAL BRIEF

On the stipulation of the parties,

**IT IS HEREBY ORDERED** that the Defendants shall file and serve their supplemental briefs by February 22, 2021.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  February 3, 2021

Stipulated and Approved for Entry:

*/s/ Todd Weglarz* (with permission)
Todd Weglarz (P48035)
Counsel for Plaintiff

*/s/James T. Farrell*
James T. Farrell (P35400)
Counsel for MDOC Defendants

*/s/Jonathon Lanesky* (with permission)
Jonathon Lanesky (P59740)
Counsel for Corizon Defendants

*/s/ Katherine E. Ross* (with permission)
Katherine E. Ross (P81172)
Counsel for Defendant Miles