UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORAIN OBOMANU, as Personal
Representative of the Estate of
Sabrie L. Alexander, Deceased

        Plaintiff,                         Case No. 17-cv-11435
                                                   Hon. Matthew F. Leitman

v.

MILLICENT WARREN, *et al.*,

        Defendants.
_____/

## ORDER TERMINATING WITHOUT PREJUDICE ALL PENDING MOTIONS (ECF Nos. 173, 194, 203, 224) AND PROVIDING FOR REINSTATEMENT OF MOTIONS IF NECESSARY

Now pending before the Court are several motions filed by the parties:

- Defendant Wanda Miles' motion for summary judgment (ECF No. 173);

- Defendants Corizon Healthcare, Inc., Robert Lacy, Audley Mamby, Pu Qin, Aryan K. Taymour, and Valitas Health Services, Inc.'s motion for summary judgment (ECF No. 194);

- Defendants Denise M. Armstrong, Denise Bertoni, Jennifer R. Borso, Troy Anthony Browning, Crystal Fisher, Bernard Goss, Shanda Holmes, Pennie Iott, David Johnson, Arun G. Kulkarni, Laura McDonald, Shermanstine Morrow, Kenneth Mott, Michael Nelson,

1

Rosemary Novotny, Darron G. Patterson, Marcia D. Porter, Patricia Robinson, Brianna Sharp, Natasha Smith, and Phyllis M. Wright's motion for summary judgment (ECF No. 203); and

- Plaintiff's motion for an adverse inference (ECF No. 224).

The parties have informed the Court that they have scheduled a private facilitation for this fall in an effort to resolve this dispute. As the Court discussed with counsel during a video status conference held on August 12, 2021, while the parties are exploring a possible settlement, the Court **TERMINATES WITHOUT PREJUDICE** all pending motions in this case. The parties may restore the motions to the Court's active docket following the facilitation, if necessary, by filing a Notice of Reinstatement of Motion. The actual motion need not be filed along with the Notice of Reinstatement. In addition, the response and reply to the motion also need not be re-filed. If a Notice of Reinstatement is filed for any motion, the Court will decide the motion as it was originally filed and briefed.

**IT IS SO ORDERED.**

Dated: August 16, 2021

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 16, 2021, by electronic means and/or ordinary mail.

        s/Holly A. Monda
        Case Manager
        (810) 341-9764