UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Lorain Obomanu, as Personal Representative of the Sabrie L. Alexander, Deceased,

                    Plaintiff(s),

v.                                   Case No. 4:17−cv−11435−MFL−EAS
                                       Hon. Matthew F. Leitman

Millicent Warren, et al.,

                    Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge Matthew F. Leitman at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 207, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  August 24, 2022 at 01:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                          By: s/Holly A Ryan
                                               Case Manager

Dated:  July 18, 2022