UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORAIN OBOMANU, as Personal
Representative of the Estate of
SABRIE L. ALEXANDER, Deceased,

      Plaintiff,

v.

MILLICENT WARREN, et al.,

      Defendants.

_____/

Case No. 17-cv-11435
Hon. Matthew F. Leitman

## ORDER AUTHORIZING DISTRIBUTION OF SETTLEMENT PROCEEDS

This matter coming before the Court on Plaintiff's Motion to for Distribution of Wrongful Death Settlement Proceeds, and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the previously approved global settlement of **$4,945,000.00** entered into by the parties, as full resolution of all of Plaintiff's claims alleged against Defendants, shall be distributed as follows:

a. **$212,082.29** to Fieger, Fieger Kenney & Harrington, said sum representing advanced costs incurred and expended in pursuing this matter;

b. **$20,000.00** as future costs for thirty (30) days. The balance will be held to pay any future costs. In the event additional costs are incurred, those costs will be deducted from the balance and the remaining portions will be distributed to the law firm of Fieger, Fieger, Kenney & Harrington,

    P.C. and the heirs-at-law herein. The Fieger Firm shall receive one-third of said remaining portions and the remaining two thirds will be paid to the Conservatorship of Savion Alexander, a Minor;

c. **$1,570,972.57** to Fieger, Fieger, Kenney & Harrington, said sum representing the 1/3 attorney fee agreed to pursuant to the contingency fee agreement between Fieger Law and Plaintiff;

d. **$1,600.00** payable to the Court Appointed GAL in this matter, for services provided in the representation of the interests of the minor heirs-at-law on the Motion for Approval and Distribution of Wrongful Death Settlement Proceeds;

e. **$500.00** payable to Howard T. Linden, for probate services provided in maintaining Plaintiff's appointment as Personal Representative and maintaining the Estate;

f. Distribution of the remaining net proceeds, **$3,139,845.14**, to the heirs-at-law of Decedent's Estate as follows:

| | | |
|---|---|---:|
| i. | Savion Alexander, a Minor (son) | $2,439,845.14[1] |
| ii. | Lorain Obomanu (mother) | $ 500,000.00 |
| iii. | Robert L. Prince, Jr (father) | $ 90,000.00 |
| iv. | Shareece Alexander (half-sister) | $ 5,000.00 |
| v. | Nicole L. Lewis, MD (half-sister) | $ 0.00 |
| vi. | Tiffany Prince (half-sister) | $ 0.00 |
| vii. | Stephanie Prince (half-sister) | $ 90,000.00 |
| viii. | Robert L. Prince, III (half-brother) | $ 7,500.00 |
| ix. | Kyle Prince (half-brother) | $ 7,500.00 |
| x. | Jean Prince (paternal grandmother) | $ 0.00 |
| xi. | Estate of Dee Mitchell (maternal grandmother) | $ 0.00 |

---

[1] $500,000 of which to be paid to Conservatorship of Savion Alexander, a Minor, and $1,939,845.14 of which to purchase the structure of benefits attached as Exhibit 1.

**IT IS FURTHER ORDERED** that no amount shall be awarded to the Estate on account of any conscious pain and suffering of the Decedent.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  March 2, 2023

Approved as to form:

*/s/ Jonathan C. Lanesky* (w/ consent)
Jonathan C. Lanesky (P59740)
Attorney for Defendants Corizon
Valitas, Taymour, Qin, Mamby & Lacy

*/s/ John Thurber* (w/ consent)
John Thurber (P44989)
Attorney for MDOC Defendants

*Katherine E. Ross* (w/ consent)
Katherine E. Ross (P81172)
Attorney for Defendant Miles

# EXHIBIT 1

OBJECTIVE SETTLEMENT ADVISORS



# Individually Designed Settlement for Savion Obomanu

| BENEFIT | COST | GUARANTEED YIELD |
|---|---|---|
| **Savion Obomanu** Male, Date of Birth: 05/24/12 | | |
| **Monthly Income** $10,000.00 per month, guaranteed 12 years, starting at Age 23 on 5/24/2035 with the last guaranteed payment on 4/24/2047. | $622,713.00 | $1,440,000.00 |
| **Lump Sums** | | |
| $200,000.00 guaranteed, payable at Age 25 on 5/24/2037. | $109,524.00 | $200,000.00 |
| $1,200,000.00 guaranteed, payable at Age 30 on 5/24/2042. | $474,420.00 | $1,200,000.00 |
| $2,461,023.43 guaranteed, payable at Age 35 on 5/24/2047. | $733,188.00 | $2,461,023.43 |
| **TOTALS** | $1,939,845.00 | $5,301,023.43 |

Annuity Issuer:  USAA Life Insurance Company
                        Rated A++15 by AM Best

Internal Rate of Return = 4.52%
Taxable Equivalent Yield = 6.28%

*Rate Series = USAA179 (1/23/2023)*
*Proposal Preparation Date: 2/28/2023*
*Proposal Purchase Date: 3/31/2023*

*This proposal design is for illustration and planning purposes only and is not valid or binding until verified with the appropriate life company quoting software.*
*Please refer to our disclosure/disclaimer statement at http://ringlerassociates.com/disclosures.*

___
2075 W. Big Beaver Road, Suite 410 * Troy, MI 48084  (248) 457-1212